IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

| | |
|---|---|
| JOSEPH CARLO DICKINSON | CASE NO.    6:17-bk-04419-KSJ |
| MARIE SHALEEN DICKINSON | |
| *AKA* MARIE SHALEEN ST.CYR | CHAPTER    7 |
| *AKA* MARIE SHALEEN MCCLANAHAN | |
| DICKINSON | |

       Debtors.
_____/

## MOTION FOR RELIEF FROM AUTOMATIC STAY

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

**PURSUANT TO LOCAL RULE 2002-4, THE COURT WILL CONSIDER THE RELIEF REQUESTED IN THIS PAPER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN TWENTY-ONE (21) DAYS FROM THE DATE SET FORTH ON THE ATTACHED PROOF OF SERVICE, PLUS AN ADDITIONAL THREE DAYS FOR SERVICE IF ANY PARTY WAS SERVED BY U.S. MAIL.**

**IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE A RESPONSE WITH THE CLERK OF THE COURT AT THE UNITED STATES BANKRUPTCY COURT, 400 W. WASHINGTON STREET, SUITE 5100, ORLANDO, FLORIDA, 32801, AND SERVE A COPY ON THE MOVANT'S ATTORNEY, BUCKLEY MADOLE, P.C., P. O. BOX 22408, TAMPA, FLORIDA, 33622 AND ANY OTHER APPROPRIATE PERSONS WITHIN THE TIME ALLOWED. IF YOU FILE AND SERVE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL EITHER SCHEDULE AND NOTIFY YOU OF A HEARING, OR CONSIDER THE RESPONSE AND GRANT OR DENY THE RELIEF REQUESTED WITHOUT A HEARING.**

**IF YOU DO NOT FILE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.**

U.S. Bank National Association ("Movant"), by and through its undersigned attorney, moves the Court for relief from the automatic stay pursuant to 11 U.S.C. §362(d)(1), and states:

1. On July 21, 2010, Marie S. ST CYR executed and delivered a promissory note in favor of USAA Federal Savings Bank. That same day Marie S. ST CYR and Rodney James ST CYR executed a deed of trust securing said note.

2. Movant, directly or through an agent, holds the promissory note and has the right to enforce and foreclose its lien. A copy of the promissory note, deed of trust and assignment of deed of trust is attached hereto and incorporated herein as Composite Exhibit "A."

3. The deed of trust secures real property located in James City County, Virginia, which is more particularly described as follows:

> All that certain piece, parcel or lot of land situate, lying and being in Berkeley Magisterial District, James City County, Virginia, numbered and designated "3405" on that certain plat entitled, "JAMESTOWN 1607 - SECTION "D" BERKELEY DISTRICT, JAMES CITY COUNTY, VIRGINIA", prepared by Evans Surveying Co, P.C., Williamsburg, Virginia, and recorded in the Clerk's Office of the Circuit Court of the City of Williamsburg and the County of James City in Plat Book 37, at page 93, to which plat reference is here made for a more compelte description thereof.

**AKA 3405 London Company Way, Williamsburg, Virginia 23185 ("Collateral").**

4. Debtors are in default. As of September 6, 2017, the contractual due date is April 1, 2017, along with an unpaid principal balance due in the amount of $109,184.80 and, according to the Statement of Intention, Debtors intend to surrender the Collateral.

5. The Collateral is not listed as exempt on Schedule C.

6. According to the Debtors' Schedules, the value of the Collateral is $123,800.00.

7. The address for post-petition payments is U.S. Bank National Association, 4801 Frederica Street, Owensboro, Kentucky, 42301.

8.     If Movant is not permitted to enforce its security interest in the Collateral it will suffer irreparable injury, loss, and damage.

**WHEREFORE**, Movant, respectfully requests that the Court enter an order:

a. terminating the automatic stay;

b. permitting Movant to take any and all steps necessary to exercise any and all rights it may have in the Collateral described herein;

c. allowing Movant to gain possession of the Collateral; and

d. granting such other relief that the Court may deem just and proper.

Dated: September 13, 2017

                                          */s/ Austin M. Noel*
                                          Austin M. Noel, Esquire

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by CM/ECF notice and regular mail to the parties below this 13th day of September, 2017.

**BUCKLEY MADOLE, P.C.**

*/s/ Austin M. Noel*
Austin M. Noel, Esquire
Florida Bar Number 106539
Buckley Madole, P.C.
P.O. Box 22408
Tampa, FL 33622
Telephone/Fax: 813-774-6221
bkfl@buckleymadole.com

**VIA REGULAR MAIL**
Joseph Carlo Dickinson
Marie Shaleen Dickinson
187 Ramblewood Drive
Debary, Florida 32713

**VIA CM/ECF NOTICE**
Adam G Russo
Myers & Eichelberger, P.L.
5728 Major Blvd, Suite 735
Orlando, Florida 32819

**Chapter 7 Trustee**
Marie E. Henkel
3560 South Magnolia Avenue
Orlando, Florida 32806