## United States Bankruptcy Court
**Middle District of Florida**

In re  **Joseph Carlo Dickinson**
      **Marie Shaleen Dickinson**
                              Debtor(s)

Case No.  **6:17-bk-04419**
Chapter   **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Amended Summary of Assets, Amended Schedule E/F, Amended Creditor Matrix**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:  **upon Marie E. Henkel, Chapter 7 Trustee and all parties on the attached matrix on the 20th day of October, 2017.**

Date:  **October 20, 2017**

/s/ Adam G. Russo
**Adam G. Russo**
Attorney for Debtor(s)
**Myers & Eichelberger, P.L.**
**5728 Major Blvd Suite 735**
**Orlando, FL 32819**
**407-926-2455 Fax:407-536-4977**
**adam@themelawfirm.com**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Joseph** | **Carlo** | **Dickinson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Marie** | **Shaleen** | **Dickinson** |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number  **6:17-bk-04419**
(if known)

■ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B............................................................ $ **401,323.00**
   1b. Copy line 62, Total personal property, from Schedule A/B................................................ $ **97,516.54**
   1c. Copy line 63, Total of all property on Schedule A/B.......................................................... $ **498,839.54**

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*   $ **440,908.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................   $ **0.00**
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............   $ **164,289.22**

   **Your total liabilities**  $ **605,197.22**

### Part 3:   Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*...............................................   $ **8,065.03**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*.........................................................   $ **9,012.13**

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to

Debtor 1  **Joseph Carlo Dickinson**
Debtor 2  **Marie Shaleen Dickinson**
the court with your other schedules.

Case number *(if known)* 6:17-bk-04419

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ **4,864.23**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 56,981.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 56,981.00 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Joseph Carlo Dickinson** | |
| | First Name / Middle Name / Last Name | |
| Debtor 2 (Spouse if, filing) | **Marie Shaleen Dickinson** | |
| | First Name / Middle Name / Last Name | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | |
| Case number (if known) | 6:17-bk-04419 | ■ Check if this is an amended filing |

# Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:   List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**
   - ■ No. Go to Part 2.
   - ☐ Yes.

**Part 2:   List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | **Total claim** |
|---|---|---|
| **4.1** | **Andrew Gerber** | **Unknown** |
| | Nonpriority Creditor's Name | |

Last 4 digits of account number  _____    Total claim: **Unknown**

**Kushnirsky Gerber PLLC**
**27 Union Square West, Suite**
**New York, NY 10030**
Number Street City State ZIp Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Possible personal liability for business debt**

---

| Debtor 1 | **Joseph Carlo Dickinson** | | |
|---|---|---|---|
| Debtor 2 | **Marie Shaleen Dickinson** | Case number (if know) | **6:17-bk-04419** |

---

**4.2** **Bill Frymire**
Nonpriority Creditor's Name
**2325 Bossert Avenue**
**Kamploops BC V2B 4V6**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____     Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Possible personal liability for a business debt**

---

**4.3** **Dept of Veteran Affairs**
Nonpriority Creditor's Name
**Debt Management Center**
**Bishop Henry Whipple Fed Bld**
**Post Office Box 11930**
**Saint Paul, MN 55111-0930**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number **5330**     Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Possible overpayment**

---

**4.4** **Dept of Veteran Affairs**
Nonpriority Creditor's Name
**Debt Management Center**
**Bishop Henry Whipple Fed Bld**
**Post Office Box 11930**
**Saint Paul, MN 55111-0930**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number **1989**     Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Possible overpayment**

---

| | | |
|---|---|---|
| Debtor 1 | **Joseph Carlo Dickinson** | |
| Debtor 2 | **Marie Shaleen Dickinson** | Case number (if know)  **6:17-bk-04419** |

| 4.5 | **Geoff Beal** | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
**ArtistDefense Inc.**
**3 Concorde Gate, 4th Floor**
**Toronto, Ontario, Canada, M&**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal liability for a business debt**

| 4.6 | **Hampton Roads Sanitation Dep** | Last 4 digits of account number  9580 | | $270.47 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1434 Air Rail Avenue**
**Virginia Beach, VA 23455**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible liability for unpaid water bill by tenants2**

| 4.7 | **Kepler Family Trust** | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
**280 N. Kepler Road**
**Deland, FL 32724**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal liability for business debt.**

---

**Part 3:** **List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you**

Debtor 1 **Joseph Carlo Dickinson**
Debtor 2 **Marie Shaleen Dickinson**                                    Case number (if know)    **6:17-bk-04419**

have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

|  |  | | Total Claim |
|---|---|---|---:|
| 6a. | **Domestic support obligations** | 6a. $ | 0.00 |
| 6b. | **Taxes and certain other debts you owe the government** | 6b. $ | 0.00 |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ | 0.00 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
| 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. $ | 0.00 |

**Total claims from Part 2**

|  |  | | Total Claim |
|---|---|---|---:|
| 6f. | **Student loans** | 6f. $ | 0.00 |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ | 0.00 |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ | 0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 270.47 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ | 270.47 |

# United States Bankruptcy Court
## Middle District of Florida

In re: Joseph Carlo Dickinson, Marie Shaleen Dickinson
Debtor(s)

Case No.: 6:17-bk-04419
Chapter: 7

# AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __8__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date 10/10/17    Signature _Joseph Carlo Dickinson_
                            Debtor

Date 10/10/17    Signature _Marie Shaleen Dickinson_
                            Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Middle District of Florida

In re: Joseph Carlo Dickinson, Marie Shaleen Dickinson, Debtor(s)

Case No. 6:17-bk-04419
Chapter 7

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 10/10/17

Joseph Carlo Dickinson
Signature of Debtor

Date: 10/10/17

Marie Shaleen Dickinson
Signature of Debtor

.

Andrew Gerber
Kushnirsky Gerber PLLC
27 Union Square West, Suite
New York, NY 10030

Bill Frymire
2325 Bossert Avenue
Kamploops BC V2B 4V6

Dept of Veteran Affairs
Debt Management Center
Bishop Henry Whipple Fed Bld
Post Office Box 11930
Saint Paul, MN 55111-0930

Geoff Beal
ArtistDefense Inc.
3 Concorde Gate, 4th Floor
Toronto, Ontario, Canada, M&

Hampton Roads Sanitation Dep
1434 Air Rail Avenue
Virginia Beach, VA 23455

Kepler Family Trust
280 N. Kepler Road
Deland, FL 32724

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:17-bk-04419-KSJ<br>Middle District of Florida<br>Orlando<br>Fri Oct 20 17:07:31 EDT 2017 | Joseph Carlo Dickinson<br>187 Ramblewood Drive<br>Debary, FL 32713-5108 | Marie Shaleen Dickinson<br>187 Ramblewood Drive<br>Debary, FL 32713-5108 |
| USAA Federal Savings Bank<br>Anthony D Colunga Esq<br>2001 Western Ave, Suite 400<br>Seattle, WA 98121-3132 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 | Amex<br>Correspondence<br>Post Office Box 981540<br>El Paso, TX 79998-1540 |
| Andrew Gerber<br>Kushnirsky Gerber PLLC<br>27 Union Square West, Suite<br>New York, NY 10003-3305 | Aqua Finance Inc<br>2600 Pine Ridge Blvd<br>Wausau, WI 54401-7800 | Bank Of America<br>Nc4-105-03-14<br>Post Office Box 26012<br>Greensboro, NC 27420-6012 |
| Barclays Bank Delaware<br>100 S West St<br>Wilmington, DE 19801-5015 | Bill Frymire<br>2325 Bossert Avenue<br>Kamploops BC V2B 4V6 | Capital One<br>Attn: Bankruptcy<br>Post Office Box 30285<br>Salt Lake City, UT 84130-0285 |
| Chase Card<br>Attn: Correspondence Dept<br>Post Office Box 15298<br>Wilmington, DE 19850-5298 | Citibank/Shell Oil<br>Citicorp Services<br>Centralized Bankruptcy<br>Post Office Box 790040<br>St Louis, MO 63179-0040 | Citibank/The Home Depot<br>Citicorp Credit Services<br>Centralized Bankruptcy<br>Post Office Box 790040<br>S Louis, MO 63179-0040 |
| Citicards Cbna<br>Citicorp Credit Services<br>Centralized Bankruptcy<br>Post Office Box 790040<br>Saint Louis, MO 63179-0040 | Comenity Bank<br>Gander Mountain<br>Post Office Box 182125<br>Columbus, OH 43218-2125 | Dept of Veteran Affairs<br>Debt Management Center<br>Bishop Henry Whipple Fed Bld<br>Post Office Box 11930<br>Saint Paul, MN 55111-0930 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Financial<br>Post Office Box 3025<br>New Albany, OH 43054-3025 | Fed Loan Servicing<br>Post Office Box 69184<br>Harrisburg, PA 17106-9184 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Geoff Beal<br>ArtistDefense Inc.<br>3 Concorde Gate, 4th Floor<br>Toronto, Ontario, Canada, M& | Hampton Roads Sanitation Dep<br>1434 Air Rail Avenue<br>Virginia Beach, VA 23455-3002 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Jamestown 1607 Berkley Realt<br>150 Strawberry Plains Road<br>Suite A-1<br>Williamsburg, VA 23188-3408 | Kepler Family Trust<br>280 N. Kepler Road<br>Deland, FL 32724-4712 |
| Paypal Credit<br>Comenity Capital Bank<br>Post Office Box 5018<br>Lutherville Timoniu, MD 21094-5018 | Quantum3 Group LLC as agent for<br>Aqua Finance<br>PO Box 788<br>Kirkland, WA  98083-0788 | Sallie Mae<br>Attn: Navient<br>Post Office Box 9500<br>Wilkes-Barr, PA 18773-9500 |

| | | |
|---|---|---|
| Synchrony Bank<br>Floor & Decor<br>Attn:  Bankruptcy<br>Post Office Box 95060<br>Orlando, FL 32896-0001 | Synchrony Bank<br>JC Penneys<br>Attn:  Bankruptcy<br>Post Office Box 956060<br>Orlando, FL 32896-0001 | Synchrony Bank<br>Mattress Firm<br>Post Office Box 965064<br>Orlando, FL 32896-5064 |
| U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | USAA Federal Savings Bank<br>10750 Mcdermott Freeway<br>San Antonio, TX 78288-1600 | USAA Federal Savings Bank<br>Attn: Bankruptcy<br>9800 Fredericksburg Rd<br>San Antonio, TX 78288-0002 |
| Us Bank Home Mortgage<br>Attn: Bankruptcy<br>Post Office Box 5229<br>Cincinnati, OH 45201-5229 | Usaa Fed Svng/Nationstar<br>10750 Mcdermott Fwy<br>San Antonio, TX 78288-1600 | Usaa Savings Bank<br>Post Office Box 47504<br>San Antonio, TX 78265 |
| Volusia County Tax Collector<br>123 West Indiana Avenue<br>Room 103<br>Deland FL 32720-4615 | Marie E. Henkel +<br>3560 South Magnolia Avenue<br>Orlando, FL 32806-6214 | United States Trustee - ORL7/13 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Adam G Russo +<br>Myers & Eichelberger, P.L.<br>5728 Major Blvd<br>Suite 735<br>Orlando, FL 32819-7977 | Anthony D Colunga +<br>Weinstein & Riley PS<br>2001 Western Avnue<br>Suite 400<br>Seattle, WA 98121-3132 | Austin M Noel +<br>Buckley Madole, P.C.<br>Post Office Box 22408<br>Tampa, FL 33622-2408 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank National Association

End of Label Matrix
Mailable recipients    44
Bypassed recipients     1
Total                  45